**Edgar Leonel Lara JUAREZ,**
**Petitioner,**

v.

**Alberto R. GONZALES, Attorney**
**General, Respondent.**

**No. 05–70748.**

United States Court of Appeals,
Ninth Circuit.

Submitted on Jan. 8, 2007 *.

Filed Jan. 17, 2007.

Edgar Leonel Lara Juarez, Los Angeles, CA, pro se.

CAC–District Counsel, Esq., Ronald E. Lefevre, Office of the District Counsel,

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Department of Homeland Security, Los Angeles, CA, John S. Hogan, Esq., San Francisco, CA, Elizabeth J. Stevens, Esq., DOJ—U.S. Department of Justice Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: ALARCÓN, HALL and PAEZ, Circuit Judges.

## MEMORANDUM **

Edgar Leonel Lara Juarez, a native and citizen of Guatemala, petitions pro se for review of the Board of Immigration Appeals' ("BIA") order dismissing his appeal from an immigration judge's removal order. We have jurisdiction under 8 U.S.C. § 1252. We review claims of ineffective assistance of counsel de novo. *See Castillo-Perez v. INS*, 212 F.3d 518, 523 (9th Cir.2000). We deny the petition for review.

Lara Juarez contends that ineffective assistance of counsel led him to withdraw his applications for asylum, withholding of removal and protection under the Convention Against Torture. We reject this claim because, as the BIA noted, he failed to comply with the requirements of *Matter of Lozada*, 19 I. & N. Dec. 637 (BIA 1988). *See Azanor v. Ashcroft*, 364 F.3d 1013, 1023 (9th Cir.2004). Further, the alleged ineffective assistance of counsel is not plain on the face of the administrative record. *See id.*

**PETITION FOR REVIEW DENIED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.